akerman

Raymond J. Berti

Akerman LLP
1251 Avenue of the Americas
New York, NY 10020

D: 212 259 6421
T: 212 880 3800
F: 212 880 8965
DirF: 212 905 6454
raymond.berti@akerman.com

June 12, 2025

**VIA ECF**
The Hon. Hector Gonzalez
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: Torres v. JetBlue Airways Corporation**
**Case Number: 1:25-cv-634 (HG)**

Dear Judge Gonzalez:

My office represents Defendant JetBlue Airways Corporation ("JetBlue") in the above-referenced matter. We write jointly with Plaintiff Christopher Torres ("Plaintiff") (with JetBlue, the "Parties") to advise the Court that the Parties successfully reached a settlement in principle at their mediation on June 10, 2025, which fully resolves Plaintiff's individual and class claims. Accordingly, the Parties respectfully request that the Court issue an Order (i) staying all deadlines while the parties memorialize and execute a more formal settlement agreement; and (ii) directing the parties to file a stipulation of dismissal or a further status update on or by July 14, 2025.

Respectfully submitted,
*/s/ Raymond J. Berti*
Raymond J. Berti